

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office

City Crescent Building
10 South Howard St., 3rd Floor
Baltimore, MD 21201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Baltimore Status Line: (866) 408-8075
Baltimore Direct Dial: (410) 209-2237
TTY (410) 962-6065
FAX (410) 962-2817/4270

EEOC Charge No.: 531-2012-01832C

Ms. Adrean Mitchell
2041 Clinton Avenue
Chambersburg, PA 17201

Charging Party

Lonza
8830 Biggs Ford Road
Walkersville, MD 21793

Respondent

## NOTICE OF CHARGE REOPENING

Based on additional information obtained, a decision was made to reopen the investigation of the above referenced charge.

Pursuant to the Equal Employment Opportunity Commission's Rules and Regulations, I hereby give notice of my intent to reconsider the evidence and findings in this charge and to reopen the investigation. This is to notify the parties that the Dismissal and Notice of Rights issued in the cited charge has been revoked. The charging party's right to sue is hereby vacated, **unless** the charging party has filed suit, the 90-day suit period has expired, or the charging party received a notice of right to sue pursuant to 29 CFR §1601.28(a)(1) or (2).

A U.S. Equal Employment Opportunity Commission representative will soon contact the parties concerning further investigation.

On Behalf of the Commission:

1/31/2013
Date

Rosemarie Rhodes
Director

cc   Kristine R. Zenkewicz, Esquire
     Franklin & Prokopik, P.C.
     The B & O Building
     2 N. Charles Street, Suite 600
     Baltimore, MD 21201

Janeen Olsen Dougherty, Esquire
Grey Street Legal, LLC
356 Pottstown Pike, Suite 200
Exton, PA 19341

