IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ADREAN MITCHELL | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:12-cv-03787-RDB |
| LONZA WALKERSVILLE, INC., *et al.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**UPON CONSIDERATION** of Plaintiff's Motion to Stay the Proceedings Against Lonza Walkersville, Inc. and its supporting Memorandum, any Response in Opposition thereto, any Reply, and any Hearing thereon, it is **ORDERED** on this _____ day of _____, 2013, that Plaintiff's Motion to Stay the Proceedings Against Lonza Walkersville, Inc. is **GRANTED**,

_____
U.S. District Court Judge